4

ACCELERATED TRANSPORT-PONY EXPRESS, INC., ET AL. v. UNITED STATES ET AL.

No. 131. Decided October 12, 1964.

*Bryce Rea, Jr.,* and *Louis Lisman* for appellants.

*Solicitor General Cox, Assistant Attorney General Orrick, Robert B. Hummel, Robert W. Ginnane* and *Betty Jo Christian* for the United States et al.; *W. G. Burnette* for Lynchburg Traffic Bureau; *Arthur A. Arsham* and *John J. C. Martin* for National Small Shipments Traffic Conference, Inc., et al.; and *John M. Cleary, John F. Donelan* and *Dickson R. Loos* for National Industrial Traffic League, appellees.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.

ALVAREZ v. CALIFORNIA.

No. 46, Misc. Decided October 12, 1964.

PER CURIAM.

The appeal is dismissed for want of a substantial federal question.